Court of Criminal Appeal
Clerk

                                    59,803-33
                                    10-26-2015

Dear Clerk,

Would you please file this writ of Mandamus, in writ no 007-1110-10 W. I The Court of Criminal Appeal Please give me notice when you file it.

Thank you for your time in this Matter

Respectfully,
Subm

Judy Ford McCreas
1644118  2664. F.M.2054
Tennessee Colony
To
75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk

Court of Criminal Appeal
Clerk.

10-26-2015
On Writ no 007-1110-10-w

Dear Clerk,

I filed a writ of habeas Corpus 11.07 on
October-11-2011 The Court denied my writ on
October-19-2011 In this cause no. 007-1110-
10-w. Do I have anything pending in this
Court? have the Clerk sent you the writ
in cause no. ~~007-1110-10-w~~ 007-1110-10-w?

Thank you for your time in this matter

Jody McCrew Hoffmn
1694118 Michael
Unit

Jody Ford McGreasy Relator -V- Lois Rogers, Respondent
In The 7th District Court In smith County Tyler
Texas.

## Application: For Writ of Mandamus

to The Honorable Judge of said Court Come
Now Jody F McGreasy Pro see and file this Application
for Writ of Mandamus pursuant to Art 11.07(3)
of Texas Code of Criminal Procedure as follows.

### I

Relator, is incarcerated in the Michael unit
Tennessee Colony Texas T.D.C.J. Relator is indigent
and unable to pay Court cost. As an indigent
inmate in the Texas Department of Criminal Justice
Relator, is entitled to file this matter without
the necessity of a affidavit. A declaration is
sufficient see Smith -v- McCorkle 895 S.W. 2d. 692.
(Tex 1995) (C.P.R.C. see 132.001) Relator has exhausted
all other remedies and has no other adequate
remedy. The act sought to be compelled is
ministeral and not discretionary on the part
of Respondent. The District Clerk of Smith County
Texas. The Hon Lois Rogers took out the First
page of the Writ of habeas Corpus and Did
not file it with Applicant Writ of habeas Corpus
The Court of Criminal Appeal should issue a
Sanction against the Clerk Lois Rogers. However

section 3. Art 11.07 T.C.C.P. Requires Respondent to immediately transmit to the Court of Criminal A Copy of his Application for writ habeas Corpus, any answer filed a certicate reciting the date upon which that finding was made if the Convicting Court decide that those are no issues to be resolved " Such document have not presented to Relator, knowledge In this Application in Cause No. 007-1110-10-N. There no Certificate reciting the date upon the finding was made and transmitted it to the Court of Criminal Appeal and sufficient time has passed for that act to have been done.

## II

Respondent the District Clerk Smith County Texas has the ministerial duty under statute i.e Art 2.21 11.07 Texas Code of Criminal Procedure to immediately transmit to the Court of Criminal Appeal a Copy of the application for writ of habeas Corpus and answer filed and a certificant reciting the date upon which finding was made. The Clerk of smith County Texas Hon Lois Rogers can be served at the smith County Court house Tyler Texas.

## III

The District Clerk of smith County Lois Rogers has failed and still fail to perform his ministerial and statutory duty as stated above Relator request

the Court to issue a Writ of mandamus director to the Hon Lois Rogers to forthwith transmit to the Texas Court of Criminal Appeal in Austin Texas A. Copy of Relator application for Writ of habeas Corpus in case any responsive pleading the Order of the District Court and any other papers or pleading in This case

Wherefore, Permises. Considered Relator pray for relief above for such further relief to Which he may be entitled

Respectfully Submitted

Jody Ford McCary

Jody Ford McCreary
Michael Unit
2664. F.M 2054
Tennessee Color, TX

75886

Appendix Exhebit A The page that The Clerk did not put in the Writ instruction. of The Writ

Certificate of Service

I Jody Ford McCreary hereby And certify That this copy of This Writ of Mandamus was Mail to Clerk Lois Rogers in The 7th District Court of Smith County on 10-26-2015 At 100 N. Broadway #204 Tyler Tx 75702

Respectfully Submitted

Jody Ford McCreary

Jody Ford McCreary 1694118
Michael Unit

## COURT OF CRIMINAL APPEALS OF TEXAS
## APPLICATION FOR A WRIT OF HABEAS CORPUS
## SEEKING RELIEF FROM FINAL FELONY CONVICTION
## UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

### INSTRUCTIONS

1. You must use the complete form, which begins on the following page, to file an application for a writ of habeas corpus seeking relief from a final felony conviction under Article 11.07 of the Code of Criminal Procedure. (This form is not for death-penalty cases, probated sentences which have not been revoked, or misdemeanors.)

2. The district clerk of the county in which you were convicted will make this form available to you, on request, without charge.

3. You must file the entire writ application form, including those sections that do not apply to you. If any pages are missing from the form, or if the questions have been renumbered or omitted, your entire application may be dismissed as non-compliant.

4. You must make a separate application on a separate form for each judgment of conviction you seek relief from. Even if the judgments were entered in the same court on the same day, you must make a separate application for each one.

5. Answer every item that applies to you on the form. Do not attach any additional pages for any item.

6. You must include all grounds for relief on the application form as provided by the instructions under item 17. You must also briefly summarize the facts of your claim on the application form as provided by the instructions under item 17. Each ground shall begin on a new page, and the recitation of the facts supporting the ground shall be no longer than the two pages provided for the claim in the form.

7. Legal citations and arguments may be made in a separate memorandum that complies with Texas Rule of Appellate Procedure 73 and does not exceed 15,000 words if computer-generated or 50 pages if not.

8. You must verify the application by signing either the Oath Before Notary Public or the Inmate's Declaration, which are at the end of this form on pages 11 and 12. You may be prosecuted and convicted for aggravated perjury if you make any false statement of a material fact in this application.

9. When the application is fully completed, mail the original to the district clerk of the county of conviction. Keep a copy of the application for your records.

10. You must notify the district clerk of the county of conviction of any change in address after you have filed your application.

Rev. 01/14/14